# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5046**  **September Term, 2024**

1:25-cv-00402-AHA
1:25-cv-00400-AHA

**Filed On: February 25, 2025** [2102735]

AIDS Vaccine Advocacy Coalition and
Journalism Development Network, Inc.,

    Appellees

    v.

United States Department of State, et al.,

    Appellants

------------------------------

Consolidated with 25-5047

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. It is

**FURTHER ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | March 27, 2025 |
| Docketing Statement Form | March 27, 2025 |
| Procedural Motions, if any | March 27, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 27, 2025 |
| Statement of Issues to be Raised | March 27, 2025 |
| Transcript Status Report | March 27, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | March 27, 2025 |
| Dispositive Motions, if any | April 11, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5046**                      **September Term, 2024**

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 27, 2025 |
| Entry of Appearance Form (Attorneys Only) | March 27, 2025 |
| Procedural Motions, if any | March 27, 2025 |
| Dispositive Motions, if any | April 11, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk
                       BY:    /s/
                                      Amy Yacisin
                                      Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)