ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIDS VACCINE ADVOCACY COALITION, et al.,<br><br>　　　　　Plaintiffs-Appellees,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF STATE, et al.,<br><br>　　　　　Defendants-Appellants. | No. 25-5046 |
| GLOBAL HEALTH COUNCIL, et al.,<br><br>　　　　　Plaintiffs-Appellees,<br><br>　　　v.<br><br>DONALD J. TRUMP, et al.,<br><br>　　　　　Defendants-Appellants. | No. 25-5047 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

A.   **Parties and Amici**

Plaintiffs-appellees in No. 25-5046 are AIDS Vaccine Advocacy Coalition and Journalism Development Network, Inc.

Plaintiffs-appellees in No. 25-5047 are Global Health Council; Small Business Association for International Companies; HIAS; Management Sciences for Health, Inc.; Chemonics International, Inc.; DAI Global LLC; Democracy International, Inc.; and American Bar Association.

Defendants-appellants in No. 25-5046 are U.S. Department of State; U.S. Agency for International Development; Marco Rubio; Office of Management and Budget; Russell T. Vought; and Donald J. Trump.

Defendants-appellants in No. 25-5047 are Donald J. Trump; Marco Rubio; Peter Marocco; Russell T. Vought; U.S. Department of State; U.S. Agency for International Development; and Office of Management and Budget.

The Constitutional Accountability Center was amicus in district court. There are no amici in this Court as of this filing.

B.   **Rulings Under Review**

The rulings under review were entered in *AIDS Vaccine Advocacy Coalition v. U.S. Department of State*, No. 25-cv-400 (D.D.C.), and *Global*

*Health Council v. Trump*, No. 25-cv-402 (D.D.C.), by the Honorable Amir H. Ali. They are the February 25, 2025 Minute Entries and Orders in each case memorializing the oral relief granted during proceedings held the same day. Those Minute Entries and Orders are unpublished.

C.  **Related Cases**

These cases were not previously before this Court. Counsel is not aware of any pending related cases.

Respectfully submitted,

DANIEL TENNY
SEAN R. JANDA

/s/ *Brian J. Springer*
BRIAN J. SPRINGER
(202) 616-5446
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

FEBRUARY 2025