# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIDS Vaccine Advocacy Coalition and Journalism Development Network, Inc., *Appellees*, <br><br> v. <br><br> United States Department of State, et al., *Appellants*. <br><br> ——— <br><br> Global Health Counsel, et al., *Appellees*, <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States of America, et al., *Appellants*. | Case No. 25-5046 <br>(consolidated with 25-5047) |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Federal Rules of Appellate Procedure 26.1, 27, 28(a)(1)(A) and D.C. Circuit Rules 8(a)(4), Counsel for Appellees certifies as follows:

**A. Parties and** *Amici*

Plaintiffs-appellees in No. 25-5046 are AIDS Vaccine Advocacy Coalition and Journalism Development Network, Inc.

Plaintiffs-appellees in No. 25-5047 are Global Health Council (GHC); Small;

1

Business Association for International Companies (SBAIC); HIAS; Management Sciences for Health (MSH); Chemonics International, Inc. (Chemonics); DAI Global, LLC (DAI); Democracy International, Inc.; and American Bar Association (ABA).

Defendants-appellants in No. 25-5046 are U.S. Department of State; U.S. Agency for International Development (USAID); Marco Rubio, in his official capacity as Secretary of State; Office of Management and Budget (OMB); Russell T. Vought, in his official capacity as Director of the Office of Management and Budget; and Donald J. Trump, in his official capacity as President of the United States of America.

Defendants-appellants in No. 25-5047 are Donald J. Trump, in his official capacity as President of the United States of America; Marco Rubio, in his official capacity as Secretary of State; Peter Marocco, in his official capacity as Acting Deputy Administrator for Policy and Planning, Acting Deputy Administrator for Management and resources of the United States Agency for International Development, and Director of Foreign Assistance at the Department of State; Russell T. Vought, in his official capacity as Director of the Office of Management and Budget; U.S. Agency for International Development (USAID); and Office of Management and Budget (OMB).

The Constitutional Accountability Center was amicus in district court. There

are no amici in this Court as of this filing.

### B. Rulings Under Review

The rulings under review were entered in AIDS Vaccine Advocacy Coalition v. U.S. Department of State, No. 25-cv-400 (D.D.C.), and Global Health Council v. Trump, No. 25-cv-402 (D.D.C.), by the Honorable Amir H. Ali. They are the February 25, 2025 Minute Entries and Orders in each case memorializing the oral relief granted during proceedings held the same day. Those Minute Entries and Orders are unpublished.

### C. Related Cases

These cases were not previously before this Court. Counsel is not aware of any pending related cases.

| | |
|---|---|
| Dated: February 26, 2025 | Respectfully submitted, |
| | */s/ Stephen K. Wirth* |
| | William C. Perdue |
| | Sally L. Pei |
| | Samuel L. Witten |
| | Stephen K. Wirth |
| | Dana Kagan McGinley |
| | Allison Gardner |
| | Daniel Yablon |
| | ARNOLD & PORTER |
| |   KAYE SCHOLER LLP |
| | 601 Massachusetts Ave., NW |
| | Washington, DC 20001 |
| | T: (202) 942-5000 |
| | F: (202) 942-5999 |
| | Stephen.Wirth@arnoldporter.com |

*Counsel for Appellees in Case No. 25-5047*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: February 26, 2025                            */s/ Stephen K. Wirth*
                                                    Stephen K. Wirth