# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| AIDS Vaccine Advocacy Coalition and Journalism Development Network, Inc., <br> *Appellees*, <br><br> v. <br><br> United States Department of State, et al., <br> *Appellants*. <br><br> Global Health Counsel, et al., <br> *Appellees*, <br><br> v. <br><br> Donald J. Trump, in his official capacity as President of the United States of America, et al., <br> *Appellants*. | Case No. 25-5046 <br> (consolidated with 20-5047) |

## 26.1 CORPORATE DISCLOSURE STATEMENT

Chemonics International, Inc. is owned by Chemonics Holdings, Inc. No publicly held corporation owns more than 10% of Chemonics International, Inc.'s stock.

DAI Global, LLC is owned by DAI ESOP, Inc., and DAI GEO US, Inc., DAI GEO UK, Inc., DAI GEO III, Inc., DAI GEO VI, Inc., DAI GEO V, Inc., DAI GEO

4

VI, LLC, and DAI GEO VII, Inc. No publicly held corporation owns 10% or more of its stock.

The remaining Appellees, Global Health Council (GHC); Small; Business Association for International Companies (SBAIC); HIAS; Management Sciences for Health (MSH); Democracy International, Inc.; and American Bar Association (ABA), do not have any parent corporations and no publicly held corporation owns 10% or more of its stock.

Dated: February 26, 2025

Respectfully submitted,

*/s/ Stephen K. Wirth*
William C. Perdue
Sally L. Pei
Samuel L. Witten
Stephen K. Wirth
Dana Kagan McGinley
Allison Gardner
Daniel Yablon
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
Stephen.Wirth@arnoldporter.com

*Counsel for Appellees in Case No. 25-5047*

5

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: February 26, 2025                              */s/ Stephen K. Wirth*
                                                                                Stephen K. Wirth