# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5046**            **September Term, 2024**

**1:25-cv-00402-AHA**
**1:25-cv-00400-AHA**

**Filed On: April 22, 2025** [2112153]

AIDS Vaccine Advocacy Coalition and
Journalism Development Network, Inc.,

      Appellees

   v.

United States Department of State, et al.,

      Appellants

------------------------------

Consolidated with 25-5047

## M A N D A T E

In accordance with the order of February 26, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

            BY:    /s/
                         Daniel J. Reidy
                         Deputy Clerk

Link to the order filed February 26, 2025